# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND, TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>     *Plaintiffs*,<br> v.<br><br>M&N CONSTRUCTION SERVICES, INC.,<br><br>     *Defendant*. | Civil No.: 2:24-cv-00425 (KSH) (LDW)<br><br><br><br>**ORDER** |

  This matter having been opened to the Court by plaintiffs, seeking the entry of final judgment by default against defendant M&N Construction Services, Inc. pursuant to Fed. R. Civ. P. 55(b)(2); and the complaint in this matter having been filed on January 24, 2024, seeking to collect delinquent employer benefit contributions to a group of employee benefit funds and other collectively bargained obligations; and service of the summons and complaint having been effectuated with respect to the defendant; and default having been entered by the Clerk of the Court on February 22, 2024 against defendant for its failure to plead or otherwise defend in this action; and no response having been submitted by defendant; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 19th day of December, 2024,

  **ORDERED** that plaintiffs' motion for final judgment by default (D.E. 9) is **GRANTED**; and it is further

  **ORDERED** that plaintiffs shall file a supplemental certification, with any necessary

supporting papers, by December 27, 2024 as to the interest it seeks under the Collection Policy from March 25, 2024 to December 27, 2024, and provide the Court with an updated proposed judgment order; and it is further

**ORDERED** that final judgment shall be entered after the Court's consideration of the foregoing supplemental submission, or, in the absence of any such submission, after the deadline for plaintiffs to file it has passed.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.